UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **MANIDHARI GUMS & CHEMICALS** § § § | | **CIVIL ACTION** |
| **V.** § § | | **NO. 2014-CV-00708** |
| **CELERITAS CHEMICALS, LLC, et al.** § § | | **JUDGE TERRY MEANS** |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Please take notice that the address for Stanton Law Firm PC, counsel for Defendants, has changed to the following:

    Stanton Law Firm PC
    9400 North Central Expressway
    Suite 1304
    Dallas, Texas 75231

Please send any correspondence on this matter to our new address. Our phone and fax numbers and e-mail addresses remain the same.

    Respectfully submitted,

    James M. Stanton
    Texas State Bar No. 24037542
    stanton@stantontrialfirm.com
    Catherine A. Brandt
    Texas State Bar No. 02565200
    brandt@stantontrialfirm.com

    STANTON LAW FIRM PC
    9400 North Central Expressway
    Ste. 1304
    Dallas, Texas 75231
    Telephone: (972) 233-2300
    Facsimile:  (972) 692-6812

    **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I certify this document was electronically filed via ECF which, pursuant to Northern District of Texas Local Rule 5.1(d), constitutes service pursuant to the Federal Rules of Civil Procedure.

_____
James M. Stanton